STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
   Social Security Administration
   Office of the General Counsel
   160 Spear St Ste 800
   San Francisco, CA 94105-1545
   Telephone: (415) 977-8982
   Facsimile: (415) 744-0134
   Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY WALLACE, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:11-cv-07902-SP <br><br> [~~PROPOSED~~] ORDER DISMISSING CASE |

1   Pursuant to the parties' joint stipulation to reopen and dismiss this case, and
2 the Court's order reopening the case, and THE COURT ORDERS that this case be
3 dismissed without prejudice, with each party to bear its own costs and fees,
4 including attorney fees.

5

6 Date: September 4, 2014

7                                             _____
                                              HON. SHERI PYM
8                                             United States Magistrate Judge